# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00161-APG-VCF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JEREMY RICHARD HIGGINS (ID#) 01496031 |
| vs. | |
| JEREMY RICHARD HIGGINS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JEREMY RICHARD HIGGINS** before the United States District Court at Las Vegas, Nevada, on or about August 17, 2017 at the hour of 10:00 a.m.. for Hearing re Revocation of Supervised Release and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 16, 2017

_____
UNITED STATES MAGISTRATE JUDGE

STEVEN MYHRE
Acting United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00161-APG-VCF |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JEREMY RICHARD HIGGINS (ID#) 01496031 |
| vs. | |
| JEREMY RICHARD HIGGINS, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JEREMY RICHARD HIGGINS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JEREMY RICHARD HIGGINS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JEREMY RICHARD HIGGINS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on August 17, 2017 at the hour of 10:00 a.m., for Hearing re Revocation of Supervised Release and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JEREMY RICHARD HIGGINS** before the United States District Court on or about August 17, 2017 at the hour of 10:00 a.m., for Hearing re Revocation of Supervised Release and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JEREMY RICHARD HIGGINS** before the United States District Court on or about August 17, 2017 at the hour of 10:00 a.m.., for Hearing re Revocation of Supervised Release and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 16th day of August, 2017.

Respectfully submitted,

STEVEN MYHRE
Acting United States Attorney

JARED L. GRIMMER
Assistant United States Attorney