RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

Attorney for Jeremy Higgins

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY HIGGINS,<br><br>　　　　　Defendant. | Case No. 15-cr-161-APG-VCF<br><br>**UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS**<br><br>(EXPEDITED TREATMENT REQUESTED) |

　　　　Jeremy Higgins moves this Court to modify his pretrial release conditions by replacing his halfway house residential condition with home confinement with location monitoring.

　　　　DATED this 21st day of May, 2018.

　　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　By:　*/s/Raquel Lazo*
　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　Attorney for Jeremy Higgins

## **POINTS AND AUTHORITIES**

On May 16, 2018, this Court released Mr. Higgins on a personal recognizance bond with conditions. ECF No. 61. As part of his conditions, Mr. Higgins was ordered to reside at the halfway house pending his revocation hearing. At his detention hearing, defense counsel noted that Mr. Higgins's leg was likely infected. Following the detention hearing, Mr. Higgins was hospitalized briefly due to complications with his leg. As it turns out, Mr. Higgins will have surgery on his leg this week. In order to avoid any increased infection and to permit for a full recovery, Mr. Higgins requests modification of his release conditions so that he can reside at his parent's residence pending his hearing.

Defense counsel has spoken with the government and Mr. Higgins's probation officer, Tawni Salem. Neither has any opposition to this request. Ms. Salem requests home confinement with home detention. She further requests location monitoring (with the form of location technology monitoring to be determined by probation).

Dated this 21st day of May, 2018.

                                          Respectfully submitted,

                                          RENE L. VALLADARES
                                          Federal Public Defender

                              By: */s/Raquel Lazo*
                                          RAQUEL LAZO
                                          Assistant Federal Public Defender
                                          Attorney for Jeremy Higgins

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY HIGGINS,

    Defendant.

Case No. 15-cr-161-APG-VCF

~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that Defendant Jeremy Higgins's pretrial release condition is modified to remove the condition that he reside at the halfway house pending his revocation hearing. Mr. Higgins will instead be subject to home confinement with location monitoring. Mr. Higgins will be restricted to his parent's residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the probation officer. Probation will determine which form of location monitoring technology to utilize in order to monitor Mr. Higgins's restriction on movement in the community. Mr. Higgins will pay the costs associated with location monitoring.

DATED this _____ day of May, 2018.

IT IS SO ORDERED.

DATED: May 22, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

RENE L. VALLADARES
Federal Public Defender

By:   */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Jeremy Higgins

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 21, 2018, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS (EXPEDITED TREATMENT REQUESTED)** by electronic service (ECF) to the person named below:

>DAYLE ELIESON
>United States Attorney
>DANIEL J. COWHIG
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Brandon Thomas*
>Employee of the Federal Public Defender