RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jeremy Richard Higgins

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-161-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JEREMY RICHARD HIGGINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jeremy Richard Higgins, that the Revocation Hearing currently scheduled on June 14, 2018 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel and Mr. Higgins require additional time to review the violation petition.

1
2          2.    Defense counsel will be out of the office on the currently scheduled revocation

hearing.

3          3.    The defendant is not in custody and agrees with the need for the continuance.

4          4.    The parties agree to the continuance.

5          This is the second request for a continuance of the revocation hearing.

6          DATED this 5th day of June, 2018.

7

8   RENE L. VALLADARES                    DAYLE ELIESON
    Federal Public Defender              United States Attorney
9

10        /s/ Raquel Lazo                        /s/ Daniel J. Cowhig
    By_____          By_____
11  RAQUEL LAZO                          DANIEL J. COWHIG
    Assistant Federal Public Defender    Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEREMY RICHARD HIGGINS,

        Defendant.

Case No. 2:15-cr-161-APG-VCF

**ORDER**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 14, 2018 at 2:30 p.m., be vacated and continued to _June 29, 2018_ at the hour of _9:00 a_.m.; or to a time and date convenient to the court in Courtroom 6C.

     DATED this _5th_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE